MARISCO, LTD.                              HERCULES                              5/19/2023

HEJY                    $ 143.00  $ 55.00  $ 77.00       $ 154.00   $ 60.50  $ 88.00                      10.00%

## HERCULES SHAFT REPAIR DD 2023

| PHASE | ITEM NUMBER | DESCRIPTION | HRS | OTP | DTP | LABOR COST | MATERIALS | EQUIPMENT | SUB | SUB COST | PROFIT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | | ASSIST OEM TECH REPS AT PEARL HARBOR | 79.25 | 2.25 | | $ 11,456.50 | $ 8,947.38 | | | | $ 894.74 | $ 21,298.62 |
| 02 | A.1a | BUILD BLOCKS | 278.5 | 26.75 | | $ 41,296.75 | $ 2,029.89 | | | | $ 202.99 | $ 43,529.63 |
| 03 | A.2 | DOCK & UNDOCKING | 342.25 | 106 | | $ 54,771.75 | | $ 4,500.00 | | $ 600.00 | $ 510.00 | $ 60,381.75 |
| 24 | A.2-1 | Delay in docking due to non functioning Ship's shore power breakers. | 56.75 | 9 | | $ 8,610.25 | | | | | $ - | $ 8,610.25 |
| 04 | A.1b | LAY DAYS (29) (4/21/23 - 5/22/23) | | | | $ - | | $ 43,500.00 | | $ 8,700.00 | $ 5,220.00 | $ 57,420.00 |
| 05 | A.15A | ENVIRONMENTAL FEES - OTHER SERVICES | 46 | 41.5 | 4.5 | $ 9,207.00 | $ 35.00 | | | $ 1,000.00 | $ 103.50 | $ 10,345.50 |
| 25 | A.3 | Stairtower for Stbd Side | | | | $ - | | | SAF | $ 6,520.00 | $ 652.00 | $ 7,172.00 |
| 06 | A.4 | TEMPORARY SERVICES - Connect / Disconnect Shore power | 26.5 | 18.5 | | $ 4,807.00 | | | | | $ - | $ 4,807.00 |
| 32 | A.4-1 | Trouble shoot and fix ships Shore Power. Provide functioning breaker. | 2.5 | | | $ 357.50 | $ 3,000.00 | | | | $ 300.00 | $ 3,657.50 |
| 07 | A.5 | FIRE MAIN - WATER SUPPLY | | | | $ - | $ 91.81 | SEE PH 18 | | | $ 9.18 | $ 100.99 |
| 08 | A.6 | GARBAGE DISPOSAL | 12 | | | $ 1,716.00 | SEE PH 22 & 16 | | | | $ - | $ 1,716.00 |
| 09 | A.7 | FRESH WATER SUPPLY | 12 | 12 | | $ 2,376.00 | SEE PH 18 | SEE PH 22 | | | $ - | $ 2,376.00 |
| 10 | A.10 | CRANE SERVICE | 46 | 15.75 | | $ 7,444.25 | SEE PH 17 | | | | $ - | $ 7,444.25 |
| 11 | A.11 | ~~COMPRESSED AIR~~ | | | | $ - | | | | | $ - | N/A |
| 12 | A.12 | GAS FREE CERTIFICATION - MARINE CHEMIST - SHIPYARD COMPETENT PERSON | 11 | 1.5 | 1 | $ 1,732.50 | | | MC | $ 1,280.00 | $ 128.00 | $ 3,140.50 |
| 13 | A.13 | FIREWATCH (INCLUDED IN HOT WORK PHASES) | | | | $ - | | | | | $ - | $ - |
| 14 | A.14 | RECEIVING | | | | $ - | $ 13.00 | | | | $ 1.30 | $ 14.30 |
| 15 | A.15B | OTHER SERVICES - REFEER UNIT | | | | $ - | | | | | $ - | $ - |
| 16 | B.1 | RUDDERS | 504.75 | 63.75 | 50 | $ 79,535.50 | $ 2,410.40 | $ 4,109.94 | | $ 1,751.37 | $ 827.17 | $ 88,634.38 |
| 27 | B.1-1 | REPAIR CRACKS IN RUDDERS | 38 | 13 | 13.5 | $ 7,188.50 | $ 4.00 | | A&A | $ 4,232.80 | $ 423.68 | $ 11,848.98 |
| 28 | B.1-2 | STBD Rudder Bushing replacement (SEE PHASE 30) Material Only | | | | $ - | $ 2,033.24 / $ 2,092.00 | | | | $ 412.52 | $ 4,537.76 |
| 31 | B.1-3 | REMOVE & INSTALL STBD RUDDER STOCK (SEE PHASE 16) | | | | $ - | | | | | $ - | $ - |
| 33 | B.1-4 | Blue STBD Rudder Stock to Rudder Blade | 261.5 | 106.5 | 48 | $ 46,948.00 | $ 540.86 | | | | $ 54.09 | $ 47,542.95 |
| 30 | B.1-5 | STBD Rudder Stock Repair, Bushing Sleeve and Nut Replace | 313.75 | 29.25 | 14.5 | $ 51,363.13 | $ 190.15 / $ 22.80 | | | | $ 21.30 | $ 51,597.38 |
| 37 | B.1-6 | Blue Port Rudder Stock to Rudder Blade | 71.25 | 8.75 | | $ 10,670.00 | $ 77.40 | | | | $ 7.74 | $ 10,755.14 |
| 17 | B.2 | LUBE OIL IN HUBS/TAIL SHAFTS. | 1 | 1 | | $ 198.00 | $ 224.43 | | | $ 2,334.83 | $ 255.93 | $ 3,013.19 |
| 18 | B.3 | TAIL SHAFTS & PROPELLER HUBS | 1347.25 | 205.25 | 98.25 | $ 211,510.75 | $ 3,828.42 / $ 15,746.47 | $ 8,223.95 | | $ 7,334.83 | $ 3,513.37 | $ 250,157.79 |
| 26 | B.3-1 | MACHINE BLADE PALMS | 213.5 | 53.5 | 16 | $ 37,523.75 | $ 493.62 | | | | $ 49.36 | $ 38,066.73 |
| 29 | B.3-2 | STBD shaft weld repair and machining of Bearing Journal | 205.75 | 55 | 27.75 | $ 37,455.00 | $ 62.72 | | | $ 5,154.60 | $ 521.73 | $ 43,194.05 |
| 34 | B.3-3 | Port Tail Shaft weld repair of FWD Journal and Coupling Journal | 200 | 50 | | $ 33,825.00 | $ 2,753.17 / $ 19.26 | | A&A | $ 4,031.50 | $ 680.39 | $ 41,309.32 |
| 19 | B.4 | STERN TUBE SEALS | 41 | 11 | | $ 6,468.00 | | | | | $ - | $ 6,468.00 |
| 22 | B.6 | PRESSURE WASH HULL (IN WAY OF REPAIR WORK). | 24 | | | $ 3,432.00 | | $ 7,426.18 | | | $ 742.62 | $ 11,600.80 |
| 23 | B.7 | HULL COATING (SPOT). | 32 | 24 | | $ 5,896.00 | $ 481.12 | | | | $ 48.11 | $ 6,425.23 |
| ~~20~~ | ~~B.8A~~ | ~~POTABLE WATER TANK COATING (SPOT).~~ | | | | $ - | | | | | $ - | N/A |
| ~~21~~ | ~~B.8B~~ | ~~POTABLE WATER TANKS - CHLORINATE AND TEST~~ | | | | $ - | | | | | $ - | N/A |
| 35 | B.9 | Pump out of 8700 gallons of CHT | | | | $ - | $ 7.00 | | ALLIED | $ 1,485.00 | $ 149.20 | $ 1,641.20 |
| 36 | B.10 | Remove 4 Safes/Lockers from the bridge, master's statement, hospital and aft cargo deck from Ships Foundation per Ship's request | 70.25 | 7.75 | | $ 10,472.00 | $ 47.12 | | | | $ 4.71 | $ 10,523.83 |
| 38 | | COST OF OT PREMIUM FOR OTHER VESSELS IMPACTED BY LATE UNDOCKING OF THE HERCULES DUE TO GROWTH WORK. | | | 240 | $ 18,480.00 | | | | | $ - | $ 18,480.00 |
| 39 | | Fabricate Bracket for Navigational Equipment | | 10 | | $ 1,430.00 | | | | | $ - | $ 1,430.00 |
| 40 | A.9 | DISPOSE OF APPROX 3,750 GALLONS OF OILY WASTE (WATER, OIL, SLUDGE MIX - BETWEEN 3 DIFFERENT TANKS), (4) ENVIRONMENTAL DRUMS (OILY RAGS/DIAPERS), AND (4) OLD COOKING OIL 5-GAL CONTAINERS | | | | $ - | | | ALLIED | $ 23,100.00 | $ 2,310.00 | $ 25,410.00 |
| 41 | | Machine Aluminum Bronze bushing for Port Side Push Rod Shaft (O.F. bushing is undersized due to wear in Shaft) | 4 | | | $ 572.00 | $ 500.00 | | | | $ 50.00 | $ 1,122.00 |
| | | **TOTAL** | | | | | | | | | | **$ 884,474.40** |

**EXHIBIT "B"**