**MARISCO, LTD.**
**91-607 MALAKOLE STREET**
**KAPOLEI, HI 96707**
**PHONE: 808-682-1333**
**FAX: 808-682-5848**
**WEBSITE: www.marisco.net**

# Invoice C16529

| Bill to:<br>GREAT EASTERN GROUP, INC.<br><br>ATTN: ACCOUNTS PAYABLE<br>7027 W.BROWARD BLVD. #174<br>FORT LAUDERDALE, FL 33317 | Job: HEJY<br><br>HERCULES<br>CHRIS SEDLACEK 305-778-1099 |
|---|---|
| Invoice #: C16529    Date: 05/2/23<br>Payment Terms: UPON RECEIPT<br>Customer Code: GREEAS | Customer P.O.<br>Salesperson: |

Remarks:   HEJY  HERCULES

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| | HERCULES | | | $0.00 |
| | DRYDOCKING AND REPAIRS 2023 | | | |
| | PARTIAL BILLING | | | $300,000.00 |
| | CONTRACT AMOUNT: | T&M | | |
| | SEE ATTACHED BREAKDOWN | | | |
| | 3-3100-30 | | | |

|  |  |
|---|---|
| Subtotal: | $300,000.00 |
| Tax: | |
| Total | $300,000.00 |

A monthly service charge of 1.5% will be added to any unpaid balance after 30 days from the date of the invoice. Any legal action resulting from this invoice will require you to pay for all legal fees and costs.

**EXHIBIT "C"**

Report   Job:        HEJY                                               As of 4/30/2023

# MARISCO, LTD.
## Expanded Payroll Hours Analysis Report
### Phase Summary

| | | -----------------------------------------------Hours------------------------- | | | | |
|---|---|---|---|---|---|---|
| Phase # | Phase Description | Regular | Overtime | Double time | Total | |
| | **RATES**  SHIP REPAIR | $143.00 | $198.00 | $220.00 | | |
| |             **MACHINE SHOP** | **$154.00** | **$214.50** | **$242.00** | | |
| 01 | ASSIST OEM TECH REPS W/SH | 77.00 | 2.25 | | 79.25 | $11,456.50 |
| 02 | A.1a BUILD BLOCKS | 251.75 | 26.75 | | 278.50 | $41,296.75 |
| 03 | A.2 DOCK & UNDOCKING | 116.25 | 66.00 | | 182.25 | $29,691.75 |
| 24 | DELAY IN DOCKING | 47.75 | 9.00 | | 56.75 | $8,610.25 |
| 04 | LAYDAYS | | | | | |
| 05 | A.15A ENVIRONMENTAL FEES | | 25.50 | 4.50 | 30.00 | $6,039.00 |
| 06 | A.4 TEMPORARY SERVICES | 8.00 | 10.50 | | 18.50 | $3,223.00 |
| 07 | A.5 FIRE MAIN-WATER SUPPL | 4.75 | 5.25 | | 10.00 | $1,718.75 |
| 08 | A.6 GARBAGE DISPOSAL | 1.00 | | | 1.00 | $143.00 |
| 09 | A.7 FRESH WATER SUPPLY | | 12.00 | | 12.00 | $2,376.00 |
| 10 | A.10 CRANE SERVICE | 0.25 | 7.75 | | 8.00 | $1,570.25 |
| 12 | A.12 GAS FREE CERT-MARINE | 2.50 | | 0.50 | 3.00 | $467.50 |
| 16 | B.1 RUDDERS | 123.75 | 59.75 | 50.00 | 233.50 | $40,526.75 |
| 17 | B.2 LUBE OIL IN HUBS/TAIL | | 1.00 | | 1.00 | $198.00 |
| 18 | B.3 INSPECT PROPELLER BLA | 238.00 | 174.50 | 53.25 | 465.75 | $80,300.00 |
| 19 | B.4 STERN TUBE SEALS | | 11.00 | | 11.00 | $2,178.00 |
| 26 | **B.3-1 MACHINE BLADE PALMS** | 80.00 | 25.50 | 16.00 | 121.50 | **$21,661.75** |
| 27 | RPR CRACKS IN RUDDER | 7.50 | 13.00 | 13.50 | 34.00 | $6,616.50 |
| 29 | **STBD SHAFT WEL REPAIR & M** | 25.00 | 36.50 | 27.75 | 89.25 | **$18,394.75** |
| 30 | **STBD RUDDER STOCK REPAIR,** | | | 8.00 | 8.00 | **$1,936.00** |
| | Total for job:   HEJY | 983.50 | 486.25 | 173.50 | 1,643.25 | |
| | Report | 983.50 | 486.25 | 173.50 | 1,643.25 | |

|  |  |
|---|---|
| Labor | $278,404.50 |
| Material, freight, equipment, subcontractors | $13,812.60 |
| Dock day and Laydays (8) | $19,470.00 |
| 50% of outstanding purchase orders | $27,500.00 |
| Partial total | $339,187.10 |

| | | |
|---|---|---|
| $143.00 | 198 | 220 |
| $154.00 | 214.5 | 242 |