**MARISCO, LTD.**
91-607 MALAKOLE STREET
KAPOLEI, HI 96707
PHONE: 808-682-1333
FAX: 808-682-5848
WEBSITE: www.marisco.net

# Invoice C16533

| Bill to:<br>GREAT EASTERN GROUP, INC.<br><br>ATTN: ACCOUNTS PAYABLE<br>7027 W.BROWARD BLVD. #174<br>FORT LAUDERDALE, FL 33317 | Job:    HEJY<br><br>HERCULES<br>CHRIS SEDLACEK 305-778-1099 |
|---|---|

| Invoice #:   C16533          Date: 05/19/23<br>Payment Terms:  UPON RECEIPT<br>Customer Code:   GREEAS | Customer P.O.<br>Salesperson: |
|---|---|

Remarks:   HEJY  HERCULES

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| | HERCULES | | | $0.00 |
| | DRYDOCKING AND REPAIRS 2023 | | | $0.00 |
| | PARTIAL BILLING | | | $0.00 |
| | CONTRACT AMOUNT: | T&M | | $884,474.40 |
| | LESS PREVIOUS BILLINGS | | | -$600,000.00 |
| | BILLING AMOUNT | | | $284,474.40 |
| | SEE ATTACHED BREAKDOWN<br>4-3100-10 | | | |

|  | Subtotal: | $284,474.40 |
|---|---|---|
|  | Tax: |  |
|  | Total | $284,474.40 |

A monthly service charge of 1.5% will be added to any unpaid balance after 30 days from the date of the invoice. Any legal action resulting from this invoice will require you to pay for all legal fees and costs.

**EXHIBIT "E"**

MARISCO, LTD.  HERCULES  5/19/2023

HEJY  $ 143.00  $ 55.00  $ 77.00  $ 154.00  $ 60.50  $ 88.00  10.00%

## HERCULES SHAFT REPAIR DD 2023

| PHASE | ITEM NUMBER | DESCRIPTION | HRS | OTP | DTP | LABOR COST | MATERIALS | EQUIPMENT | SUB | SUB COST | PROFIT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | | ASSIST OEM TECH REPS AT PEARL HARBOR | 79.25 | 2.25 | | $ 11,456.50 | $ 8,947.38 | | | | $ 894.74 | $ 21,298.62 |
| 02 | A.1a | BUILD BLOCKS | 278.5 | 26.75 | | $ 41,296.75 | $ 2,029.89 | | | | $ 202.99 | $ 43,529.63 |
| 03 | A.2 | DOCK & UNDOCKING | 342.25 | 106 | | $ 54,771.75 | | $ 4,500.00 | | $ 600.00 | $ 510.00 | $ 60,381.75 |
| 24 | A.2-1 | Delay in docking due to non functioning Ship's shore power breakers. | 56.75 | 9 | | $ 8,610.25 | | | | | $ - | $ 8,610.25 |
| 04 | A.1b | LAY DAYS  (29) (4/21/23 - 5/22/23) | | | | $ - | $ 43,500.00 | | | $ 8,700.00 | $ 5,220.00 | $ 57,420.00 |
| 05 | A.15A | ENVIRONMENTAL FEES - OTHER SERVICES | 46 | 41.5 | 4.5 | $ 9,207.00 | $ 35.00 | | | $ 1,000.00 | $ 103.50 | $ 10,345.50 |
| 25 | A.3 | Stairtower for Stbd Side | | | | $ - | | | SAF | $ 6,520.00 | $ 652.00 | $ 7,172.00 |
| 06 | A.4 | TEMPORARY SERVICES - Connect / Disconnect Shore power | 26.5 | 18.5 | | $ 4,807.00 | | | | | $ - | $ 4,807.00 |
| 32 | A.4-1 | Trouble shoot and fix ships Shore Power.  Provide functioning breaker. | 2.5 | | | $ 357.50 | $ 3,000.00 | | | | $ 300.00 | $ 3,657.50 |
| 07 | A.5 | FIRE MAIN - WATER SUPPLY | | | | $ - | $ 91.81 | SEE PH 18 | | | $ 9.18 | $ 100.99 |
| 08 | A.6 | GARBAGE DISPOSAL | 12 | | | $ 1,716.00 | | SEE PH 22 & 16 | | | $ - | $ 1,716.00 |
| 09 | A.7 | FRESH WATER SUPPLY | 12 | 12 | | $ 2,376.00 | SEE PH 18 | SEE PH 22 | | | $ - | $ 2,376.00 |
| 10 | A.10 | CRANE SERVICE | 46 | 15.75 | | $ 7,444.25 | SEE PH 17 | | | | $ - | $ 7,444.25 |
| 11 | A.11 | ~~COMPRESSED AIR~~ | | | | $ - | | | | | $ - | N/A |
| 12 | A.12 | GAS FREE CERTIFICATION - MARINE CHEMIST - SHIPYARD COMPETENT PERSON | 11 | 1.5 | 1 | $ 1,732.50 | | | MC | $ 1,280.00 | $ 128.00 | $ 3,140.50 |
| 13 | A.13 | FIREWATCH (INCLUDED IN HOT WORK PHASES) | | | | $ - | | | | | $ - | $ - |
| 14 | A.14 | RECEIVING | | | | $ - | $ 13.00 | | | | $ 1.30 | $ 14.30 |
| 15 | A.15B | OTHER SERVICES - REEFER UNIT | | | | $ - | | | | | $ - | $ - |
| 16 | B.1 | RUDDERS | 504.75 | 63.75 | 50 | $ 79,535.50 | $ 2,410.40 | $ 4,109.94 | | $ 1,751.37 | $ 827.17 | $ 88,634.38 |
| 27 | B.1-1 | REPAIR CRACKS IN RUDDERS | 38 | 13 | 13.5 | $ 7,188.50 | $ 4.00 | | A&A | $ 4,232.80 | $ 423.68 | $ 11,848.98 |
| 28 | B.1-2 | STBD Rudder Bushing replacement (SEE PHASE 36) Material Only | | | | $ - | $ 2,033.24 $ 2,092.00 | | | | $ 412.52 | $ 4,537.76 |
| 31 | B.1-3 | REMOVE & INSTALL STBD RUDDER STOCK (SEE PHASE 16) | | | | $ - | | | | | $ - | $ - |
| 33 | B.1-4 | Blue STBD Rudder Stock to Rudder Blade | 261.5 | 106.5 | 48 | $ 46,948.00 | $ 540.86 | | | | $ 54.09 | $ 47,542.95 |
| 30 | B.1-5 | STBD Rudder Stock Repair, Bushing, sleeve and Nut Replace | 313.75 | 29.25 | 14.5 | $ 51,363.13 | $ 190.15 $ 22.80 | | | | $ 21.30 | $ 51,597.38 |
| 37 | B.1-6 | Blue Port Rudder Stock to Rudder Blade | 71.25 | 8.75 | | $ 10,670.00 | $ 77.40 | | | | $ 7.74 | $ 10,755.14 |
| 17 | B.2 | LUBE OIL IN HUBS/TAIL SHAFTS. | 1 | 1 | | $ 198.00 | $ 224.43 | | | $ 2,334.83 | $ 255.93 | $ 3,013.19 |
| 18 | B.3 | TAIL SHAFTS & PROPELLER HUBS | 1347.25 | 205.25 | 98.25 | $ 211,510.75 | $ 3,828.42 $ 15,746.47 | $ 8,223.95 | | $ 7,334.83 | $ 3,513.37 | $ 250,157.79 |
| 26 | B.3-1 | MACHINE BLADE PALMS | 213.5 | 53.5 | 16 | $ 37,523.75 | $ 493.62 | | | | $ 49.36 | $ 38,066.73 |
| 29 | B.3-2 | STBD shaft weld repair and machining of Bushing Journal | 205.75 | 55 | 27.75 | $ 37,455.00 | $ 62.72 | | | $ 5,154.60 | $ 521.73 | $ 43,194.05 |
| 34 | B.3-3 | Port Tail Shaft weld repair of FWD Journal and Coupling Journal | 200 | 50 | | $ 33,825.00 | $ 2,753.17 $ 19.26 | | A&A | $ 4,031.50 | $ 680.39 | $ 41,309.32 |
| 19 | B.4 | STERN TUBE SEALS | 41 | 11 | | $ 6,468.00 | | | | | $ - | $ 6,468.00 |
| 22 | B.6 | PRESSURE WASH HULL (IN WAY OF REPAIR WORK). | 24 | | | $ 3,432.00 | | $ 7,426.18 | | | $ 742.62 | $ 11,600.80 |
| 23 | B.7 | HULL COATING (SPOT). | 32 | 24 | | $ 5,896.00 | $ 481.12 | | | | $ 48.11 | $ 6,425.23 |
| ~~20~~ | ~~B.8A~~ | ~~POTABLE WATER TANK COATING (SPOT)~~ | | | | $ - | | | | | $ - | N/A |
| ~~21~~ | ~~B.8B~~ | ~~POTABLE WATER TANKS - CHLORINATE AND TEST~~ | | | | $ - | | | | | $ - | N/A |
| 35 | B.9 | Pump out of 8700 gallons of CHT | | | | $ - | $ 7.00 | | ALLIED | $ 1,485.00 | $ 149.20 | $ 1,641.20 |
| 36 | B.10 | Remove 4 Safes/Lockers from the bridge, master's statement, hospital and aft cargo deck from Ships Foundation per Ship's request | 70.25 | 7.75 | | $ 10,472.00 | $ 47.12 | | | | $ 4.71 | $ 10,523.83 |
| 38 | | COST OF OT PREMIUM FOR OTHER VESSELS IMPACTED BY LATE UNDOCKING OF THE HERCULES DUE TO GROWTH WORK. | | | 240 | $ 18,480.00 | | | | | $ - | $ 18,480.00 |
| 39 | | Fabricate Bracket for Navigational Equipment | 10 | | | $ 1,430.00 | | | | | $ - | $ 1,430.00 |
| 40 | A.9 | DISPOSE OF APPROX 3,750 GALLONS OF OILY WASTE (WATER, OIL, SLUDGE MIX - BETWEEN 3 DIFFERENT TANKS), (4) ENVIRONMENTAL DRUMS (OILY RAGS/DIAPERS), AND (4) OLD COOKING OIL 5-GAL CONTAINERS | | | | $ - | | | ALLIED | $ 23,100.00 | $ 2,310.00 | $ 25,410.00 |
| 41 | | Machine Aluminum Bronze bushing for Port Side Push Rod Shaft (O.F. bushing is undersized due to wear in Shaft) | 4 | | | $ 572.00 | $ 500.00 | | | | $ 50.00 | $ 1,122.00 |
| | | **TOTAL** | | | | | | | | | | $ 884,474.40 |