# MARISCO, LTD.

91-607 MALAKOLE STREET

KAPOLEI, HI 96707
PHONE: 808-682-1333
FAX: 808-682-5133
WEBSITE: www.Marisco.net

## Credit Memo C16539

| Bill to: | Job: HEJY |
|---|---|
| GREAT EASTERN GROUP INC.<br>7027 W. BROWARD BLVD. # 174<br>FORT LAUDERDALE, FL 33317 | OSV - HERCULES SHAFT REPR<br>HERCULES<br>CHRIS SEDLACEK 305-778-1099<br>, |

| Invoice #: C16539 | Date: 05/31/23 | Customer P.O. #: |
|---|---|---|
| Payment Terms: upon receipt | | Salesperson: |
| Customer Code: GREEAS | | |

Remarks: HEJY HERCULES

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| | HERCULES | | | $0.00 |
| | DRYDOCKING AND REPAIRS 2023 | | | $0.00 |
| | FINAL BILLING | | | $0.00 |
| | CONTRACT AMT: T & M | | | $0.00 |
| | PREVIOUS BILLING AMT: $ 884,474.40 | | | $0.00 |
| | FINAL BILLING AMOUNT: $ 862,433.72 | | | $0.00 |
| | FINAL BILLING CREDIT: ( $ 22,040.68 ) | | | -$22,040.68 |
| | SEE ATTACHED | | | $0.00 |
| | FINAL BILLING BREAKDOWN | | | $0.00 |
| | | | | $0.00 |
| | 4-3100-10 | | | $0.00 |
| | | | Subtotal: | -$22,040.68 |
| | | | Total: | -$22,040.68 |

A monthly service charge of 1.5% will be added to any unpaid balance after 30 days from the date of the invoice. Any legal action resulting from this invoice will require you to pay for all legal fees and costs.

Print Date: 05/31/23                                                                                   Page: 1   **EXHIBIT "F"**

MARISCO, LTD.  HERCULES  5/31/2023

HEJY   $ 143.00 $   55.00 $ 77.00      $ 154.00 $   60.50 $ 88.00      10.00%

## HERCULES SHAFT REPAIR DD 2023

| PHASE | ITEM NUMBER | DESCRIPTION | HRS | OTP | DTP | LABOR COST | MATERIALS | EQUIPMENT | SUB | SUB COST | PROFIT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 |  | ASSIST OEM TECH REPS AT PEARL HARBOR | 79.25 | 2.25 |  | $ 11,456.50 | $ 8,947.38 |  |  |  | $ 894.74 $ | 21,298.62 |
| 02 | A.1a | BUILD BLOCKS | 278.5 | 26.75 |  | $ 41,298.75 | $ 67.72 $ 2,029.89 |  |  |  | $ 202.99 $ | 43,529.63 |
| 03 | A.2 | DOCK & UNDOCKING | 263.25 | 85 |  | $ 42,319.75 | $ 22.50 | $ 4,500.00 |  | $ 704.71 $ | 522.72 $ | 48,069.68 |
| 24 | A.2-1 | Delay in docking due to non functioning Ship's shore power breakers. | 56.75 | 9 |  | $ 8,610.25 |  |  |  |  | $ - $ | 8,610.25 |
| 45 | A.2-2 | Delay in docking due to non functioning Ship's ASW pumps. | 72.5 | 42 |  | $ 12,677.50 |  |  |  |  | $ - $ | 12,677.50 |
| 44 |  | Move vessels in way of undocking on 5/23/23 | 23 |  |  | $ 3,289.00 |  |  | P&M | $ 5,120.00 $ | 512.00 $ | 8,921.00 |
| 04 | A.1b | LAY DAYS (29) (4/21/23 - 5/22/23) |  |  |  | $ - |  | $ 43,500.00 |  | $ 8,700.00 $ | 5,220.00 $ | 57,420.00 |
| 42 |  | One Additional Layday (5/22) Undock on 5/23 |  |  |  | $ - |  | $ 1,500.00 |  | $ 300.00 $ | 180.00 $ | 1,980.00 |
| 05 | A.15A | ENVIRONMENTAL FEES - OTHER SERVICES | 30 | 25.5 | 4.5 | $ 6,039.00 | $ 35.00 |  | LAB | $ 1,000.00 $ | 103.50 $ | 7,177.50 |
| 25 | A.3 | Stairtower for Stbd Side |  |  |  | $ - |  |  | SAF | $ 6,520.00 $ | 652.00 $ | 7,172.00 |
| 06 | A.4 | TEMPORARY SERVICES - Connect / Disconnect Shore power | 27.5 | 10.5 |  | $ 4,510.00 |  |  |  |  | $ - $ | 4,510.00 |
| 32 | A.4-1 | Trouble shoot and fix ships Shore Power. Provide temporary functioning breaker. | 2.5 |  |  | $ 357.50 |  | $ 3,000.00 |  |  | $ 300.00 $ | 3,657.50 |
| 07 | A.5 | FIRE MAIN - WATER SUPPLY | 17.5 | 6.25 | 2 $ | 3,000.25 | $ 91.81 | SEE PH 18 |  |  | $ 9.18 $ | 3,101.24 |
| 08 | A.6 | GARBAGE DISPOSAL | 21.5 | 5 |  | $ 3,349.50 |  | SEE PH 22 & 18 |  |  | $ - $ | 3,349.50 |
| 09 | A.7 | FRESH WATER SUPPLY | 18 | 13 | 2 $ | 3,443.00 | SEE PH 18 | SEE PH 22 |  |  | $ - $ | 3,443.00 |
| 10 | A.10 | CRANE SERVICE | 30 | 7.75 |  | $ 4,718.25 | SEE PH 17 |  |  |  | $ - $ | 4,718.25 |
| 11 | A.11 | ~~COMPRESSED AIR~~ |  |  |  | $ - |  |  |  |  | $ - | N/A |
| 12 | A.12 | GAS FREE CERTIFICATION - MARINE CHEMIST - SHIPYARD COMPETENT PERSON | 10 | 0.5 | 1 $ | 1,534.50 |  |  | MC | $ 1,280.00 $ | 128.00 $ | 2,942.50 |
| 13 | A.13 | FIREWATCH (INCLUDED IN HOT WORK PHASES) |  |  |  | $ - |  |  |  |  | $ - $ | - |
| 14 | A.14 | RECEIVING |  |  |  | $ - | $ 13.00 |  |  |  | $ 1.30 $ | 14.30 |
| 15 | A.15B | ~~OTHER SERVICES - REEFER UNIT~~ |  |  |  | $ - | $ 26.00 |  |  |  | $ 2.60 $ | 28.60 |
| 16 | B.1 | RUDDERS | 509.5 | 107.75 | 109 $ | 87,177.75 | $ 2,780.10 | $ 4,109.94 |  | $ 1,997.10 $ | 888.71 $ | 96,953.60 |
| 27 | B.1-1 | REPAIR CRACKS IN RUDDERS | 38 | 13 | 13.5 $ | 7,188.50 | $ 4.00 |  | A&A | $ 4,311.70 $ | 431.57 $ | 11,935.77 |
| 28 | B.1-2 | STBD Rudder Bushing replacement (SEE PHASE 30) Material Only |  |  |  | $ - | $ 397.57 $ 20.92 |  |  |  | $ 41.85 $ | 460.34 |
| 31 | B.1-3 | REMOVE & INSTALL STBD RUDDER STOCK (SEE PHASE 16) |  |  |  | $ - |  |  |  |  | $ - $ | - |
| 33 | B.1-4 | Blue STBD Rudder Stock to Rudder Blade | 243.5 | 87.75 | 21 $ | 41,263.75 | $ 570.21 |  |  |  | $ 57.02 $ | 41,890.98 |
| 30 | B.1-5 | STBD Rudder Stock Repair, Bushing, sleeve and Nut Replace. | 178.25 | 48.75 | 14.5 $ | 31,675.88 | $ 469.85 |  |  |  | $ 46.99 $ | 32,192.72 |
| 37 | B.1-6 | Blue Port Rudder Stock to Rudder Blade | 71.25 | 8.75 |  | $ 10,670.00 | $ 77.40 |  |  |  | $ 7.74 $ | 10,755.14 |
| 17 | B.2 | LUBE OIL IN HUBS/TAIL SHAFTS. | 1 | 1 |  | $ 198.00 | $ 231.93 |  | ALLIED | $ 2,334.83 $ | 256.68 $ | 3,021.44 |
| 18 | B.3 | TAIL SHAFTS & PROPELLER HUBS. | 937.75 | 255.25 | 102.25 $ | 156,010.25 | $ 3,828.42 $ 15,991.07 |  | A&A | $ 11,712.50 $ | 3,153.20 $ | 190,695.44 |
| 26 | B.3-1 | MACHINE BLADE PALMS | 213.5 | 53.5 | 16 $ | 37,523.75 | $ 493.62 |  |  |  | $ 49.36 $ | 38,066.73 |
| 29 | B.3-2 | STBD shaft weld repair and machining of Bearing Journal | 205.75 | 55 | 27.75 $ | 37,455.00 | $ 62.72 |  |  | $ 5,154.60 $ | 521.73 $ | 43,194.05 |
| 34 | B.3-3 | Port Tail Shaft weld repair of FWD Journal and Coupling Journal | 305.5 | 111 | 48 $ | 57,986.50 | $ 1,524.55 $ 1,393.21 |  | A&A | $ 4,347.10 $ | 726.49 $ | 65,977.85 |
| 19 | B.4 | STERN TUBE SEALS. | 58 | 11 | 21.5 $ | 10,554.50 | $ 21.70 |  |  |  | $ 2.17 $ | 10,578.37 |
| 22 | B.6 | PRESSURE WASH HULL (IN WAY OF REPAIR WORK). |  |  |  | $ - |  | $ 7,426.18 |  |  | $ 742.62 $ | 8,168.80 |
| 23 | B.7 | HULL COATING (SPOT). | 9 | 5 |  | $ 1,562.00 | $ 481.12 |  |  |  | $ 48.11 $ | 2,091.23 |
| 20 | B.8A | ~~POTABLE WATER TANK COATING (SPOT).~~ |  |  |  | $ - |  |  |  |  | $ - | N/A |
| 21 | B.8B | ~~POTABLE WATER TANKS - CHLORINATE AND TEST~~ |  |  |  | $ - |  |  |  |  | $ - | N/A |
| 35 | B.9 | Pump out of 8700 gallons of CHT |  |  |  | $ - | $ 7.00 |  | ALLIED | $ 1,985.00 $ | 199.20 $ | 2,191.20 |
| 36 | B.10 | Remove 4 Safes/Lockers from the bridge, master's statement, hospital and aft cargo deck from Ships Foundation per Ship's request | 70.25 | 7.75 |  | $ 10,472.00 | $ 56.20 |  |  |  | $ 5.62 $ | 10,533.82 |
| 38 |  | COST OF OT PREMIUM FOR OTHER VESSELS IMPACTED BY LATE UNDOCKING OF THE HERCULES DUE TO GROWTH WORK. |  |  | 240 $ | 18,480.00 |  |  |  |  | $ - $ | 18,480.00 |
| 39 |  | Fabricate Bracket for Navigational Equipment | 3 |  |  | $ 429.00 |  |  |  |  | $ - $ | 429.00 |
| 40 | A.9 | DISPOSE OF APPROX 3,750 GALLONS OF OILY WASTE (WATER, OIL, SLUDGE MIX - BETWEEN 3 DIFFERENT TANKS), (4) ENVIRONMENTAL DRUMS (OILY RAGS/DIAPERS), AND (4) OLD COOKING OIL 5-GAL CONTAINERS |  |  |  | $ - |  |  | ALLIED PCS | $ 1,995.00 $ $ 22,246.06 | 2,424.11 $ | 26,665.17 |
| 41 |  | Machine Bronze bushing for Port Side Push Rod Shaft (O.F. bushing is undersized due to wear in Shaft) | 8 | 2 |  | $ 1,254.00 | $ 500.00 |  |  |  | $ 50.00 $ | 1,804.00 |

| MARISCO, LTD. | | | | | HERCULES | | | | | 5/31/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Install plugs in Port and Stbd rudder access plates | | 12 | 4 | 4 | $ | 2,244.00 | $ | 200.00 | $ | 20.00 | $ | 2,464.00 |
| 46 | Repair Starboard Stern Tube Seal Cooling Piping | | 2 | | | $ | 288.00 | | | $ | - | $ | 288.00 |
| 47 | Assist with temporary generator for ship | | 5.5 | 3.5 | | $ | 979.00 | | | $ | - | $ | 979.00 |
| | | **TOTAL** | | | | | | | | | | $ | 862,433.72 |