# MARISCO, LTD.

91-607 MALAKOLE STREET

KAPOLEI, HI 96707
PHONE: 808-682-1333
FAX: 808-682-5133
WEBSITE: www.Marisco.net

## Invoice C16495

| Bill to: | Job: HEJX |
|---|---|
| GREAT EASTERN GROUP INC.<br>7027 W. BROWARD BLVD. # 174<br>FORT LAUDERDALE, FL 33317 | HERCULES - GREAT EASTERN<br>PO # 4818<br>GEORGE HATZIOANNIDES<br>646-329-4599, |

| Invoice #: C16495  Date: 03/02/23 | Customer P.O. #: P.O. NO. 4818 |
|---|---|
| Payment Terms: 1/2% 10 DAYS, NET 30 | Salesperson: |
| Customer Code: GREEAS | |

Remarks: HEJX - HERCULES

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| | OSV HERCULES | | | $0.00 |
| | P.O. NO. 4818 | | | $0.00 |
| | PRE NDT INSPECTION, WELD | | | $0.00 |
| | REPAIR CRACK & POST NDT | | | $2,864.55 |
| | | | | $0.00 |
| | FABRICATE AND TEST NEW | | | $0.00 |
| | SPOOL PIECE | | | $1,518.00 |
| | | | | $0.00 |
| | REMOVE & REPLACE 2 EACH | | | $0.00 |
| | 14" O.F. BUTTERFLY VALVES | | | $3,168.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | 4-3100-10 | | | $0.00 |
| | | | Subtotal: | $7,550.55 |
| | | | Total: | $7,550.55 |

A monthly service charge of 1.5% will be added to any unpaid balance after 30 days from the date of the invoice. Any legal action resulting from this invoice will require you to pay for all legal fees and costs.

Print Date: 03/02/23                                                                                              Page: 1

**EXHIBIT "G"**

# MARISCO, LTD.

91-607 MALAKOLE STREET

KAPOLEI, HI 96707
PHONE: 808-682-1333
FAX: 808-682-5133
WEBSITE: www.Marisco.net

## Invoice C16518

| Bill to: | Job: HEJX |
|---|---|
| GREAT EASTERN GROUP INC.<br>7027 W. BROWARD BLVD. # 174<br>FORT LAUDERDALE, FL 33317 | HERCULES - GREAT EASTERN<br>PO # 4818<br>GEORGE HATZIOANNIDES<br>646-329-4599, |

| Invoice #: | C16518 | Date: | 04/17/23 | Customer P.O. #: P.O. NO. 4818 |
|---|---|---|---|---|
| Payment Terms: | 1/2% 10 DAYS, NET 30 | | | Salesperson: |
| Customer Code: | GREEAS | | | |

Remarks:

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| | OSV HERCULES | | | $0.00 |
| | FABRICATE AND TEST NEW | | | $0.00 |
| | SPOOL PIECE AFTER USE BY | | | $0.00 |
| | SHIP'S FORCE FOR TESTING. | | | $0.00 |
| | REBLAST, HOT DIP GALVANIZED | | | $0.00 |
| | AND PAINT | | | $2,170.30 |
| | | | | $0.00 |
| | | | | $0.00 |
| | 4-3100-10 | | | $0.00 |
| | | | Subtotal: | $2,170.30 |
| | | | Total: | $2,170.30 |

A monthly service charge of 1.5% will be added to any unpaid balance after 30 days from the date of the invoice. Any legal action resulting from this invoice will require you to pay for all legal fees and costs.

Print Date: 04/17/23     Page: 1