## VERIFICATION

I, JOHN A. STEWART, hereby declare:

1. I am the Vice President of Plaintiff MARISCO, LTD.

2. I have personally reviewed the foregoing Verified Complaint *in rem* and *in personam* and state that the contents thereof are true to the best of my personal knowledge, based upon information and documentation known to me or upon the regularly-kept business records of Plaintiff MARISCO, LTD. officially furnished to me.

3. I have been authorized to sign this verification on behalf of Plaintiff MARISCO, LTD.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2023.

_____
JOHN A. STEWART